E-FILED 12/6/18

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC, and DOES 1-10,<br><br>   Defendant. | Case No. 2:18-CV-08647-PSG-MAA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Assigned for all purposes to: the Honorable Judge Philip S. Gutierrez<br>Department: 6A<br><br>Action Filed: October 9, 2018 |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #18260526 v2

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulation, this action is dismissed with prejudice as to the named plaintiff Melanie Gonzalez and without prejudice as to the putative class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 12/6/18

PHILIP S. GUTIERREZ

HONORABLE PHILIP S. GUTIERREZ
United States District Court Judge

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #18260526 v2

2

[PROPOSED] ORDER DISMISSING ACTION